# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POPATLAL K. SAVLA, on Behalf of Himself and all Others Similarly Situated, <br><br>Plaintiffs,<br><br>vs.<br><br>NITHYANANDA FOUNDATION, a Corporation; MA NITHYA SADHANANDA, an Individual; SIVA VALLABHANENI, an Individual, RAGINI VALLABHANENI, an Individual; SUBRAMANIAN SUBRAMANIAN, an Individual; USHA SUBBARAYALU, an Individual; GOPAL SHEELUM, an Individual; JYOTHI SHEELUM, an Individual; BALAJI SANTHANAM, an Individual; PRIYALAKSHMI SANTHANAM, an Indvidual; NARASSIMHAN SRERAMAN and DOES 1 through 30,<br><br>Defendants. | Case No. 5:11-CV-01304-SVW-SP<br><br>Judge: Hon. Stephen V. Wilson<br>Ctrm: 6<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER RE CONFIDENTIALITY OF DISCOVERY MATERIALS**<br><br>Trial Date: April 3, 2012 |

Based upon the Court's review of the Stipulated Protective Order regarding Confidentiality of Discovery Materials, and the Parties' signatures to the same, and based upon good cause being shown, accordingly the

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

[PROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER RE CONFIDENTIALITY OF DISCOVERY MATERIALS
O:\Review\Salva - Proposed Order.doc

1 Stipulated Protective Order becomes the Court's Protective Order with respect to this
2 case.
3
4 IT IS SO ORDERED:
5 Dated: February 14, 2012 _____/s/_____
6 UNITED STATE MAGISTRATE JUDGE
HON. SHERI PYM

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

2
[PROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER RE CONFIDENTIALITY
OF DISCOVERY MATERIALS
O:\Review\Salva - Proposed Order.doc